# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARDIYEE CHARLIE and** | : | **CIVIL ACTION** |
| **ALBERTHA CHARLIE h/w** | : | |
| v. | : | |
| | : | |
| **WAL-MART STORES EAST, LP,** | : | |
| **COCA-COLA REFRESHMENTS** | : | |
| **USA, INC., Formerly known as** | : | |
| **COCA-COLA Enterprises** | : | **NO. 18-2827** |

## ORDER

**NOW**, this 22nd day of January, 2019, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

<u>/s/TIMOTHY J. SAVAGE</u>